# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VIVIAN BURKE-FOWLER,**

                **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　Case No. 6:04-cv-25-Orl-28DAB

**ORANGE COUNTY, FLORIDA,**

                **Defendant.**

_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff take nothing on her claims against the Defendant and judgment is entered in favor of the Defendant, Orange County, Florida, and against the Plaintiff, Vivian Burke-Fowler.

Date:   July 1, 2005

                                          SHERYL L. LOESCH, CLERK

                                          s/ *M. Pleicones*, Deputy Clerk