UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VIVIAN BURKE-FOWLER,

          Plaintiff,

-vs-                                        Case No. 6:04-cv-25-Orl-28DAB

ORANGE COUNTY, FLORIDA,

          Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's Renewed Motion Requesting Reconsideration of Order Dated June 30, 2005 Granting Defendant's Motion for Summary Judgment and Ordering Trial of the Disputed Issues and Facts (Doc. 81). Defendant filed a memorandum in opposition (Doc. 87). The Court, having considered Plaintiff's Motion, finds the Order (Doc. 73, filed June 30, 2005) granting Defendant's Motion for Summary Judgment to be correct and not erroneous. Accordingly, Plaintiff's Renewed Motion Requesting Reconsideration of Order Dated June 30, 2005 Granting Defendant's Motion for Summary Judgment and Ordering Trial of the Disputed Issues and Facts (Doc. 81) is **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __20__ day of August, 2005.

                                                          _____
                                                          JOHN ANTOON II
                                                          United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party