UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VIVIAN BURKE-FOWLER,

          **Plaintiff,**

-vs-                                           Case No. 6:04-cv-25-Orl-28DAB

ORANGE COUNTY, FLORIDA,

          **Defendant.**

## ORDER

This case is before the Court on Defendant Orange County, Florida's Renewed Motion for Attorneys' Fees, Costs and Sanctions (Doc. No. 91) filed August 29, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 30, 2005 (Doc. No. 95) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant Orange County, Florida's Renewed Motion for Attorneys' Fees, Costs and Sanctions (Doc. No. 91) is **DENIED**.

DONE and ORDERED in Chambers, Orlando, Florida this __23__ day of January, 2006.

                                                                    _____
                                                                    JOHN ANTOON II
                                                                    United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party